IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02693-MSK-CBS

JOHN TAYLOR,

        Plaintiff,

v.

SAN MIGUEL POWER ASSOCIATION, INC., a Colorado nonprofit organization,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Joint Stipulated Motion for Dismissal with Prejudice **(#20)** filed May 22, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 26th day of May, 2009.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge